B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lainhart and Potter, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Lainhart & Potter** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**59-0323763** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**715 25th Street**<br>**West Palm Beach, FL**<br>ZIP Code **33407** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Palm Beach** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 428**<br>**West Palm Beach, FL**<br>ZIP Code **33402** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                               **Page 2**

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **Lainhart and Potter, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** _____ Signature of Attorney for Debtor(s)                (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? |
| ☐ Yes, and Exhibit C is attached and made a part of this petition. |
| ■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.) |
| ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition. |
| If this is a joint petition: |
| ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____ (Name of landlord that obtained judgment) |
| _____ (Address of landlord) |
| ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |
| ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Lainhart and Potter, Inc.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X  /s/ Robert C. Furr**
_____
Signature of Attorney for Debtor(s)

**Robert C. Furr 210854**
Printed Name of Attorney for Debtor(s)

**Furr & Cohen**
Firm Name

**2255 Glades Rd.
Suite 337W
Boca Raton, FL 33431**
_____
Address

**561-395-0500  Fax: 561-338-7532**
Telephone Number

**August 15, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Jere B. Leffler**
_____
Signature of Authorized Individual

**Jere B. Leffler**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**August 15, 2011**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re    **Lainhart and Potter, Inc.**
Debtor(s)

Case No.
Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Boise Cascade Bldg Materials** PO Box 741597 Atlanta, GA 30384-1597 | **Boise Cascade Bldg Materials** PO Box 741597 Atlanta, GA 30384-1597 407-851-0107 | | | **23,118.71** |
| **Dept. of Revenue Bankruptcy Section P.O. Box 6668 Tallahassee, FL 32314-6668** | **Dept. of Revenue Bankruptcy Section P.O. Box 6668 Tallahassee, FL 32314-6668** | **sales taxes** | | **13,097.29** |
| **ENAP Inc 555 Hudson Valley Avenue New Windsor, NY 12553** | **ENAP Inc 555 Hudson Valley Avenue New Windsor, NY 12553** | **factored accounts** | | **100,455.29** |
| **Joseph C. Kempe, P.A. 941 N Highway A1A Jupiter, FL 33477** | **Joseph C. Kempe, P.A. 941 N Highway A1A Jupiter, FL 33477** | **accounting fees** | | **1,440.00** |
| **Weekes Logan Building Products PO Box 535031 Atlanta, GA 30353-5031** | **Weekes Logan Building Products PO Box 535031 Atlanta, GA 30353-5031 800-365-5545** | | | **15,550.09** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Lainhart and Potter, Inc.**                                    Case No. _____
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 15, 2011**                       Signature   **/s/ Jere B. Leffler**
                                                              **Jere B. Leffler**
                                                              **President**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re **Lainhart and Potter, Inc.** ,

Debtor

Case No. _____

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 4,515,000.00 | | |
| B - Personal Property | Yes | 4 | 614,642.86 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,701,169.61 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 35,032.49 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 5 | | 570,989.54 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 5,129,642.86 | | |
| Total Liabilities | | | | 2,307,191.64 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re    **Lainhart and Potter, Inc.**
_____,    Case No. _____
                                    Debtor
                                            Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to
    report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Lainhart and Potter, Inc.**                                            ,      Case No. _____
                                                   Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Lots 1 through 12, inclusive, Block N, Northwood Addition to West Palm Beach, according to the map or plat thereof as recorded in PB 12, PG 6, ($1,952,900);** | **fee simple** | **-** | **4,515,000.00** | **1,593,479.91** |
| **Lots 1 through 21, inclusive, Block P, Northwood Addition, PB 12, PG 6 ($820,000);** | | | | |
| **Lots 1 through 5, inclusive, Block S, Northwood Addition, PB 12, PG 6 ($707,100); commonly known as 715 25th St, W Palm Beach** | | | | |
| **Lots 1-8, 10, 12, 14 and 16, inclusive, Block 5, Jupiter Townsite, PB 14, PG 11 ($1,035,000) commonly known as 100 Old Dixie Hwy, Jupiter all in Palm Beach County, FL. First American Bank has a securing interest on these properties plus all personal property of the debtor and a collateral assignment of leases on the premises** | | | | |

|  | Sub-Total > | **4,515,000.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **4,515,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Lainhart and Potter, Inc.**                                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash on hand - petty cash** | - | 2,300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Wells Fargo Bank, N.A.  checking xxxx9944** | - | 1,540.96 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposits - FPL ($150); Encircle Check Readers ($400); Solid Waste Authority of Palm Beach County ($495)** | - | 1,045.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **4,885.96**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Lainhart and Potter, Inc.**                                      ,    Case No. _____
                                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Lainhart & Potter Employlee Ownership Stock Plan, subject to note from the Employee Stock Ownership Trust, subject to Collateral Assignment and Pledge Agreement dated 4/25/2006.** | - | 0.00 |
| | | **Lainhart and Potter 401(k) Plan.** | - | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **ENAP, Inc.  one share  - Buying group, bill payable through this group.  Share value $6,000., Capital account $40,000 deposited** | - | 46,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **accounts receivable** | - | 120,612.29 |
| | | **Ace Hardware Corporation Note Receivable Dividends - (due 3/10/2012)** | - | 40,761.70 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **207,373.99**
(Total of this page)

Sheet   __1__   of   __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Lainhart and Potter, Inc.**                                          ,          Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1992 Chev Van VIN#2GCEG25H2N4148530 - $1,000<br>1995 Chev NPR  VIN#4KBB4B1A2SJ000860 - $5,000<br>2000 Isuzu NQR VIN#JALE5B146Y7900391  - $5,000<br>2000 International 4700 VIN #IHTSCAAM6YH289411 - $5,000<br>2001 Isuzu NQR Vin#JALE5B14017902174 - $5,000<br>1998 Isuzu NPR VIN#JALC4B1K4W7002698 - $5,000<br>1999 Isuzu NPR VIN#JALB4B143X7004571 - $5,000<br>1999 Isuzu NWR VIN #JALE5B14XX7906273 - $5,000<br>subject to lien of First American Bank** | - | 36,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **computer equipment, hardware and software, subject to UCC of Baytree Leasing Company** | - | 29,856.22 |
| | | **Gestetner copiers, subject to financing of CIT Technology** | - | 1,335.60 |
| | | **Kyocera Copiers, subject to lease of GreatAmerica Leasing Corp** | - | 10,337.12 |
| | | **Kyocera Printers (3), subject to equipment lease of GreatAmerica Leasing** | - | 7,460.28 |

|  | Sub-Total > | 84,989.22 |
|---|---|---|
|  | (Total of this page) | |

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Lainhart and Potter, Inc.**                                                      ,     Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Pitney Bowes Postage Equipment, subject to lease of Pitney Bowes** | - | 18,700.48 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1994 Toyota 5FG35 forktruck,  Serial #20027 - $5,000**<br>**2004 Toyota 7FGCU25 Forktruck, Serial 77842 - $12,000**<br>**2004 Toyota 7FGU35 Forktruck, Serial 61451- $12,000**<br>**2004 Toyota 7FGU35 Forktruck, Serial 61601 - $12,000**<br>**2005 Toyota 7FGU35 Forktruck, Serial 62030 - $12,000**<br><br>**subject to lien of First American Bank** | - | 49,000.00 |
| 30. Inventory. | | **WPB - Lumber, building materials, hardware, paint, electrical, yard and garden, tools, $166,564.19**<br>**JUPITER - Lumber, building materials, harware,, paint, electrical, yard and garden, tools $83,129.02**<br>**at COST** | - | 249,693.21 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Employee Stock Ownership Trust for the Employees of Lainhart & Potter (ESOP Note), dated 5/24/2010,  contra equity approx $1,479,929.43** | - | 0.00 |
| | | **Christmas Club - voluntary plan for benefit of employees.  Amounts deducted from each paycheck and returned to employees last Friday of November.  Debtor pays no interest, the plan has no separate bank account.  No value to debtor** | - | 0.00 |

| | |
|---|---|
| Sub-Total > | 317,393.69 |
| (Total of this page) | |
| Total > | 614,642.86 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Lainhart and Potter, Inc.**                   ,        Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx0315**<br><br>**Baytree Leasing Company Inc<br>100 Tri-State International<br>#240<br>Lincolnshire, IL 60069** | - | | 1/7/2009<br><br>UCC-1  200909811383<br><br>computer equipment, subject to UCC of Baytree Leasing Company, lease #12882 | | | | | |
| | | | Value $          **29,856.22** | | | | **29,856.22** | **0.00** |
| Account No. **xxxxxxxxx6000**<br><br>**CIT Technology Finance Service<br>PO Box 550599<br>Jacksonville, FL 32255-0599** | - | | 12/2006<br><br>Gestetner copiers, subject to financing of CIT Technology | | | | | |
| | | | Value $          **1,335.60** | | | | **1,335.60** | **0.00** |
| Account No. **xxxxxxxxl 572**<br><br>**ENAP, Inc.<br>555 Hudson Valley Avenue<br>New Windsor, NY 12553** | - | | 10/15/2002<br><br>Security Agreement<br><br>Buying Group - $40,000 capital account, factor<br>factored accts ($100,455.29) | | | | | |
| | | | Value $          **40,000.00** | | | | **40,000.00** | **0.00** |
| Account No. **xxxxxxxx & 1160**<br><br>**First American Bank<br>1650 Louis Avenue<br>Elk Grove Village, IL 60007** | - | | 4/28/2006<br>UCC201003628441 1st note<br>Lots 1 - 12, Blk N,Northwood Addn to WPB, ($1,952,900); Lots 1-21, Blk P, Northwood Addn ($820,000); Lot 1 -5, Blk S, Northwood Addn ($707,100); Lots 1-8, 10,12,14 & 16 ($1035,000), inventory, all assets | | | | | |
| | | | Value $      **4,515,000.00** | | | | **1,593,479.91** | **0.00** |

   **1**   continuation sheets attached

| | Subtotal<br>(Total of this page) | **1,664,671.73** | **0.00** |
|---|---|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re  **Lainhart and Potter, Inc.**               ,  Case No. _____

                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx7000**<br><br>**GreatAmerica Leasing Corp**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | - | | **2/2010**<br><br>**equipment lease**<br><br>**Kyocera Copiers, subject to lease of GreatAmerica Leasing Corp**<br><br>Value $      **10,337.12** | | | | **10,337.12** | **0.00** |
| Account No. **xxxxxxxxx3000**<br><br>**GreatAmerica Leasing Corp**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | - | | **2/2010**<br><br>**equipment lease**<br><br>**Kyocera Printers (3), subject to equipment lease of GreatAmerica Leasing**<br><br>Value $      **7,460.28** | | | | **7,460.28** | **0.00** |
| Account No. **xxxxxxxx0709**<br><br>**Pintey Bowes Global Financial**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | - | | **9/10/2008**<br><br>**equipment lease**<br><br>**Pitney Bowes Postage Equipment, subject to lease of Pitney Bowes**<br><br>Value $      **18,700.48** | | | | **18,700.48** | **0.00** |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to<br>Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **36,497.88** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,701,169.61** | **0.00** |

B6E (Official Form 6E) (4/10)

.

In re  **Lainhart and Potter, Inc.**                                                    Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____5_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Lainhart and Potter, Inc.**
                                                                                      ,     Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx6237** Adam Kay, S 1093 Woodfield Rd West Palm Beach, FL 33415 | | - | earned vacation | | | | 185.00 | 0.00 185.00 |
| Account No. **xxxxx3230** Carol H. Berning 16221  131st Terr Jupiter, FL 33478-6534 | | - | earned vacation | | | | 1,003.20 | 627.00 376.20 |
| Account No. **xxxxx3448** Carolyn Wendy Melber 15185 Tangelo Blvd West Palm Beach, FL 33412 | | - | earned vacation | | | | 2,297.70 | 1,098.80 1,198.90 |
| Account No. **xxxxxx4737** Carrie V Dobrodziej 568 Calamint Point West Palm Beach, FL 33411 | | - | earned vacation | | | | 880.00 | 385.00 495.00 |
| Account No. **xxxxx2303** David P. Garrity 305 Northlake Dr North Palm Beach, FL 33408 | | - | earned vacation | | | | 418.00 | 22.00 396.00 |

Sheet ___1___ of ___5___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 2,132.80 |
|---|---|
| 4,783.90 | 2,651.10 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Lainhart and Potter, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2732** | | | | earned vacation | | | | | |
| David S. Rayl 800 S Broadway Boynton Beach, FL 33436 | - | | | | | | | | 1,070.46 |
| | | | | | | | | 1,408.50 | 338.04 |
| Account No. **xxxxx7384** | | | | earned vacation | | | | | |
| Edward G. Rowand 1592 NE 25 Terr Jensen Beach, FL 34957 | - | | | | | | | | 0.00 |
| | | | | | | | | 20.08 | 20.08 |
| Account No. **xxxxx6130** | | | | earned vacation | | | | | |
| Fred E Walker 1513 Palm Beach Lakes Blvd West Palm Beach, FL 33401 | - | | | | | | | | 0.00 |
| | | | | | | | | 55.50 | 55.50 |
| Account No. **xxxxxx0247** | | | | earned vacation | | | | | |
| Jere B. Leffler 52 Dorchester Cir Palm Beach Gardens, FL 33418-7181 | - | | | | | | | | 2,800.00 |
| | | | | | | | | 5,200.00 | 2,400.00 |
| Account No. **xxxxx2373** | | | | earned vaction | | | | | |
| Keith E. Turner 3523 SE Hyde Cir Port Saint Lucie, FL 34984 | - | | | | | | | | 971.59 |
| | | | | | | | | 1,471.28 | 499.69 |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 4,842.05
(Total of this page) | 8,155.36 | 3,313.31

B6E (Official Form 6E) (4/10) - Cont.

In re    **Lainhart and Potter, Inc.**                              ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **xxxxxx9121** | | | | | earned vacation | | | | | |
| McArthur Gibson, Jr. 419 Huron Pl West Palm Beach, FL 33409-3837 | - | | | | | | | | | 1,061.10 |
| | | | | | | | | | 1,909.98 | 848.88 |
| Account No. **xxxxx6909** | | | | | earned vacation | | | | | |
| Paul A. Fitzgerald 22223 SE 33 St #A Okeechobee, FL 34974 | - | | | | | | | | | 65.79 |
| | | | | | | | | | 328.95 | 263.16 |
| Account No. **xxxxxx5961** | | | | | earned vacation | | | | | |
| Paul D. Bailey 15297 80th Dr N Palm Beach Gardens, FL 33418 | - | | | | | | | | | 865.92 |
| | | | | | | | | | 1,515.36 | 649.44 |
| Account No. **xxxxxx0339** | | | | | earned vacation | | | | | |
| Paul F. Garcia 603 E Whitney Dr Jupiter, FL 33458 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 178.92 | 178.92 |
| Account No. **xxxxxx1000** | | | | | earned vacation | | | | | |
| Stanley H. Means 19881 Gardenia Dr Jupiter, FL 33469-2183 | - | | | | | | | | | 499.50 |
| | | | | | | | | | 1,098.90 | 599.40 |

Sheet _3_ of _5_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | | 2,492.31
(Total of this page) | 5,032.11 | 2,539.80

B6E (Official Form 6E) (4/10) - Cont.

In re **Lainhart and Potter, Inc.** _____ ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxxxxxxx5742** | | | | | earned vacation | | | | | |
| Steven A. Bottari 15314 78th Dr N Palm Beach Gardens, FL 33418 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 2,200.00 | 2,200.00 |
| Account No. **xxxxx0648** | | | | | earned vacation | | | | | |
| Steven R. McBroom 9186 SE Mercury St Hobe Sound, FL 33455 | - | | | | | | | | | 50.00 |
| | | | | | | | | | 650.00 | 600.00 |
| Account No. **xxxxxx2159** | | | | | earned vacation | | | | | |
| Taylor C Renney 1672 Woodland Ave West Palm Beach, FL 33415 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 520.83 | 520.83 |
| Account No. **xxxxxxx4688** | | | | | earned vactaion | | | | | |
| Teresa G Carlisle 1449 Shannondale Rd #B West Palm Beach, FL 33406 | - | | | | | | | | | 0.00 |
| | | | | | | | | | 350.00 | 350.00 |
| Account No. **xxxxxxxxxx5401** | | | | | earned vacation | | | | | |
| Terrance L. Admore 1909 N Haverhill Rd #7 West Palm Beach, FL 33417 | - | | | | | | | | | 81.00 |
| | | | | | | | | | 243.00 | 162.00 |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 131.00 |
| 3,963.83 | 3,832.83 |

B6E (Official Form 6E) (4/10) - Cont.

In re  **Lainhart and Potter, Inc.** _____ ,  Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | July 2011 | | | | | | |
| **Dept. of Revenue Bankruptcy Section P.O. Box 6668 Tallahassee, FL 32314-6668** | - | | | sales taxes | | | | | 0.00 | |
| | | | | | | | | 13,097.29 | 13,097.29 | |
| Account No. | | | | | | | | | | |
| **Internal Revenue Service POB 7346 Philadelphia, PA 19101-7346** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | 0.00 | |
| Account No. | | | | | | | | | | |
| **Palm Beach County Tax Collector P.O. Box 3715 West Palm Beach, FL 33402-3715** | - | | | | | | | | 0.00 | |
| | | | | | | | | 0.00 | 0.00 | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet __5__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 13,097.29 | 13,097.29 |
| | Total | 9,598.16 | |
| | (Report on Summary of Schedules) | 35,032.49 | 25,434.33 |

B6F (Official Form 6F) (12/07)

In re __Lainhart and Potter, Inc._____,    Case No. _____
                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aljoma Lumber Inc**<br>**c/o Universal Forest Pro**<br>**10300 NW 121 Way**<br>**Miami, FL 33178** | - | | **factored by ENAP, Inc** | | | | 0.00 |
| Account No. xxxxxxx0735<br><br>**Ardaman & Associates**<br>**2200 N Florida Mango Rd #101**<br>**West Palm Beach, FL 33409** | - | | **quarterly testing and reporting of remediation system** | | | | 0.00 |
| Account No.<br><br>**Bluelinx**<br>**PO Box 677597**<br>**Dallas, TX 75267-7597** | - | | **factored by ENAP ($38,956.49)** | | | | 0.00 |
| Account No.<br><br>**Boise Cascade Bldg Materials**<br>**PO Box 741597**<br>**Atlanta, GA 30384-1597** | - | | **$17,095.58 to ENAP** | | | | 23,118.71 |

| | | |
|---|---|---|
| __4__ continuation sheets attached | Subtotal<br>(Total of this page) | 23,118.71 |

B6F (Official Form 6F) (12/07) - Cont.

In re __Lainhart and Potter, Inc._____,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Dixie Plywood Co of Ft Lauderdale**<br>**PO Box 9847**<br>**Fort Lauderdale, FL 33310-9847** | - | | | | **factored by ENAP Inc ($4582.43)** | | | | **0.00** |
| Account No.<br><br>**E. Ridge McKenna**<br>**111 Casa Grande Ct**<br>**Palm Beach Gardens, FL 33418** | - | | | | **2009**<br>**director - undeposited 2009 dividend check** | | | | **6,069.00** |
| Account No.<br><br>**Employee Stock Ownership Trust**<br>**c/o First Bankers Trust Services**<br>**PO Box 4005**<br>**Quincy, IL 62305** | - | | | | **Note regarding ESOP, no past due amount, next payment due April** | | X | | **0.00** |
| Account No. **xxxxxxx752**<br><br>**ENAP Inc**<br>**555 Hudson Valley Avenue**<br>**New Windsor, NY 12553** | - | | | | **factored accounts** | | | | **100,455.29** |
| Account No.<br><br>**Jere Leffler**<br>**52 Dorchester Cir**<br>**Palm Beach Gardens, FL 33418** | - | | | | **2006 to 2011**<br>**employment contract dated 4/1/2006,**<br>**compensation specified in contract not paid** | | | | **78,245.00** |

Sheet no. __1___ of __4____ sheets attached to Schedule of    Subtotal    **184,769.29**
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lainhart and Potter, Inc.**                                        ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> Joseph C. Kempe, P.A. <br> 941 N Highway A1A <br> Jupiter, FL 33477 | - | | | **2011** <br> **accounting fees** | | | | 1,440.00 |
| Account No. <br><br> Martha L. McKenna <br> 111 Casa Grande Court <br> Palm Beach Gardens, FL 33418 | - | | | **2009** <br> **Director - undeposited 2009 dividend check** | | | | 14,450.00 |
| Account No. <br><br> McKenna Realty Trust <br> 111 Casa Grande Court <br> Palm Beach Gardens, FL 33418 | - | | | **9/10/2010** <br> **Note, money borrowed to extend credit line and accrued interest as of 12/21/2011** | | | | 253,096.20 |
| Account No. <br><br> Orgill <br> 3742 Tyndle Dr <br> Memphis, TN 38125 | - | | | **factored by ENAP** | | | | 0.00 |
| Account No. **xxxxxx7LAI** <br><br> Parksite Inc - Fla <br> 33708 Treasury Center <br> Chicago, IL 60694-3700 | - | | | **Factored by ENAP** | | | | 0.00 |

Sheet no. __2__ of __4__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

268,986.20

B6F (Official Form 6F) (12/07) - Cont.

In re  **Lainhart and Potter, Inc.**                                    ,    Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3711**<br><br>**Quikrete Companies**<br>**PO Box 930134**<br>**Atlanta, GA 31193-0134** | - | | | factored by ENAP (1,886.56) | | | | 0.00 |
| Account No.<br><br>**Starborn**<br>**45 Mayfield Ave**<br>**Edison, NJ 08837-3820** | - | | | factored by ENAP ($300.98) | | | | 0.00 |
| Account No.<br><br>**Steven A. Bottari**<br>**15314  78th Dr North**<br>**Palm Beach Gardens, FL 33418** | - | | | **2006 to 2011**<br>**employment contract.  Compensation specified in contract not paid** | | | | 78,245.00 |
| Account No. **xxxxx8002**<br><br>**Top Notch Dist Inc**<br>**PO Box 189**<br>**Honesdale, PA 18431-0189** | - | | | factored by ENAP Inc ($899.92) | | | | 0.00 |
| Account No.<br><br>**United Way of Palm Beach Co**<br>**2600 Quantum Blvd**<br>**Boynton Beach, FL 33426-8627** | - | | | | | | | 320.25 |

Sheet no. __**3**__ of __**4**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       **78,565.25**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lainhart and Potter, Inc.**                                        ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx1682**<br><br>**Universal Bldg Specialist**<br>**PO Box 1722**<br>**Lakeland, FL 33802** | - | | | **factored by ENAP Inc ($4,166.58)** | | | | **0.00** |
| Account No. **xxxxxx5950**<br><br>**Weekes Logan Building Products**<br>**PO Box 535031**<br>**Atlanta, GA 30353-5031** | - | | | | | | | **15,550.09** |
| Account No. **xxxxxxx0187**<br><br>**Weyerhaeuser NR Co**<br>**PO Box 406341**<br>**Atlanta, GA 30384-6341** | - | | | **factored by ENAP, Inc.(4563.92)** | | | | **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __4__ of __4__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | **15,550.09** |
|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **570,989.54** |

B6G (Official Form 6G) (12/07)

.

In re  **Lainhart and Potter, Inc.**                                                                    ,      Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ADP TotalSource**<br>**10200 Sunset Dr**<br>**Miami, FL 33173-0623** | **Professional Employer Services Agreement**<br>**8/12/1998, provides worksite employees to debtor.** |
| **Ardaman & Associates Inc**<br>**2200 N Florida Mango Rd #101**<br>**West Palm Beach, FL 33409** | **Agreement for quarterly testing and reporting for remediation system.  Cost for operatin and maintenace $20,000 annually** |
| **Baytree Leasing Company**<br>**100 Tri-State International**<br>**#240**<br>**Lincolnshire, IL 60069** | **equipment lease #12882 dated 12/23/2008,** |
| **CIT Technology Finance Service**<br>**PO Box 550599**<br>**Jacksonville, FL 32255-0599** | **Lease Agreement for 2 Gestetner copiers #K8266940404 and K2069400307, 12/2006 for 63 months, $140.00 per mo, lease up in few months. Will return copiers to creditor** |
| **ENAP, Inc**<br>**555 Hudson Valley Ave #200**<br>**New Windsor, NY 12553** | **Buying Group Contract  Acct #572, 10/15/2002, obtains better pricing from vendors, locates suppliers for special offers or scarce commodities, financing for purchases from affiliated vendors,** |
| **Great American Leasing Corp**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | **Lease Agreement for 3 Kyocera Copiers dated 1/22/2010, 63 months at $212 per month** |
| **GreatAmerica Leasing Corp**<br>**PO Box 660831**<br>**Dallas, TX 75266-0831** | **Equipment lease - 3 Kyocera FS 9020's with drawers, 2/4/2010, 63 months at $153. per month.** |
| **Jere B. Leffler** | **Employment Agreement   4/1/2006, Executive Employment, Executive Salary and Bonus, expired 4/1/2011.  Compensation specified in contract not paid** |
| **Pitney Bowes Global Finance**<br>**PO Box 371887**<br>**Pittsburgh, PA 15250-7887** | **Lease Agreement, Pitney Bowes DM400C Digital Meter System, IntelliLink Interface, Software, Weighing platform, 9/10/2008 for 69 months at $228 per month** |
| **Praire Capital Advisors, Inc.**<br>**One Tower Lane #3010**<br>**Oakbrook Terrace, IL 60181** | **contract to prepared 2010 stock valuation report for ESOP plan, to comply with Federal Form 5500 for retirement plans, $9000 total due at time of completion of report** |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **Lainhart and Potter, Inc.** _____ ,    Case No. _____
Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Reichel Realty & Investments**<br>**8845 N Military Tr #100**<br>**Palm Beach Gardens, FL 33410** | **Exclusive Right of Sale Agreement dated 10/2010 to sell the real property in Jupiter on the north side of 25th Street in WPB. term 12 months.** |
| **Steven A. Bottari** | **Employment Agreement  4/1/2006 , Executive Employment, Executive Salary and Bonus, expired 4/1/2011 - compensation specified in contract not paid.** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Lainhart and Potter, Inc.**                                    ,          Case No. _____
                                                 Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____  continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Lainhart and Potter, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**23**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **August 15, 2011**

Signature  **/s/ Jere B. Leffler**

**Jere B. Leffler**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Southern District of Florida

In re __Lainhart and Potter, Inc.__       Case No. _____

Debtor(s)       Chapter    __11__ _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | | |
|---|---|---|---|
| $3,915,923.00 | 2009 | Sales | |
| $5,939,530.00 | 2008 | Sales | |
| $3,818,206.00 | 2010 | Sales | |
| $1,410,898.00 | 2011 | Sales | 1/1/2011 to 6/30/2011 |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | |
|---|---|---|
| **$74,227.25** | **2009** | **Interest Income** |
| **$100,151.95** | **2010** | **Interest Income** |
| **$28,447.91** | **2011** | **Interest income** |
| **$15,391.74** | **2009** | **Dividend Income** |
| **$7,086.76** | **2010** | **Dividend Income** |
| **$1,112.80** | **2011** | **Dividend Income** |
| **$8,500.00** | **2009** | **Sale of Assets** |
| **$193,550.20** | **2010** | **Sale of Assets** |
| **$9,075.00** | **2011** | **Sale of Assets** |
| **$4,000.00** | **2009** | **Capital Gains - Ace Hardware Corp** |
| **$1,989.47** | **2009** | **Misc Income-recycling, antitrust settlement, etc** |
| **$304.87** | **2010** | **Misc Income - Antitrust Settlement, BBQ Vendor, Recycling** |
| **$226.35** | **2011** | **Misc Income: recycling, BBQ Vendor** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **All Payments in Normal Course of Busines Print Out Available upon request** | | **$0.00** | **$0.00** |

None ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **First American Bank of Illinois vs Lainhart and Potter, Inc., Case No 50 2011CA010943XXXXMB** | **foreclosure** | **Circuit Court of the 15th Judicial Circuit, Palm Beach County, FL** | **Complaint served 8/1/2011** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Hobe Sound Child Care Center** | **none** | **2011** | **$36.50 cash donation** |
| **Hospice of Palm Beach County** | **none** | **2010** | **$150.00 donation** |
| **Boys & Girls Club Martin County** | **none** | **2010** | **$22.56 donation** |
| **South Fork High School** | **none** | **2010** | **$120.66 donation** |
| **United Way (Employer Contribution)** | **none** | **2010** | **$220.50 donation** |
| **Royal Palm Beach Wildcats** | **none** | **2010** | **$43.62 donation** |
| **Cardinal Newman High School** | **none** | **2010** | **$932.75 donation** |

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐  List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Robert C. Furr Esq Furr and Cohen PA 2255 Glades Rd #337W Boca Raton, FL 33431** | **7/5/2011** | **$10,000.00** |

#### 10.  Other transfers

None ☐   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor,
transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors
filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Brixius Construction Services** <br> **4815 Georgia Ave** <br> **West Palm Beach, FL 33405** <br>   none | 4/16/2009 | **1995 Isuzu Flat Bed Truck VIN** <br> **4KBB4B1A9SJ003075, sold for $5,500.** |
| **Tranquilino Gonzales** <br> **PO Box 1173** <br> **Indiantown, FL 34956-1173** <br>   none | 8/10/2009 | **1996 Chevrolet/Isuzu Flat Bed Truck VIN** <br> **#4KBB4B1R3TJ001314, $3,000** |
| **Theodore C. Saffold** <br> **2320 N Dixie Hwy #208** <br> **West Palm Beach, FL 33407** <br>   none | 6/2/2010 | **1997 Isuzu NPR Box Truck VIN#** <br> **JALC4B1K4V7009746, $5800.** |
| **Southern Pine Lumber** <br> **1100 W Industrial Ave** <br> **Boynton Beach, FL 33426** <br>   none | 3/19/2011 | **29 Cantilever Rack Uprights with Misc Arms,** <br> **Braces and bases  $5,379.50** |
| **Bob Reagan** <br> **13667 S Citrus** <br> **Loxahatchee, FL 33470** <br>   none | 5/2/11 | **1994 Toyota  Model 025FG33   $4000** |
| **Complete Property Maintenance** | | **sold lots 9, 11, 13, and 15, Block 5, Jupiter** <br> **Townsite Section One, PB 14, Pg 11, Palm** <br> **Beach County, 100 North Old Dixie Hwy, Jupiter,** <br> **FL, wood frame building, to Complete Property** <br> **Maintenance Inc for $220,000, 12/10/2010** |

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

#### 11.  Closed financial accounts

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First American Bank** | **Commercial Money Market  XXXXXX5215** | **7/18/11  $2713.99  closed** <br> **account, loan paid** |
| **First American Bank** | **Espirit Checking Acct #xxxx5218** | **7/31/11  closed   zero balance** |

**12.  Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
☐

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Christmas Club Employees** | **monies contributed by employees to Christmas Club, and returned last week of November: T. Renney($1050); D.Ray ($600); G. McArthur ($600: D. Garrity ($300); Fitzgerald ($1100)** | **Debtor's checking account** |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.  Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

7

None ☐   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|
| **Jupiter Facility**<br>**100 N Old Dixie Highway**<br>**Jupiter, FL** | | **2007** | **groundwater contimination from leak in abandoned gas tank, Ardaman & Associates installed groundwater remediation system and has monitored and filed quarterly reports t the FDEP Agency** |

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Lainhart and Potter** | **3763** | **aka Lainhart & Potter**<br>**715  25th Street**<br>**West Palm Beach, FL 33407** | **retail building supply company** | **1919 to present** |

None ■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐　　a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Narda E. Butner, CPA, P.A.**<br>**420 Clematis St, 2nd FL**<br>**West Palm Beach, FL 33401** | **prepare financial statemnet and tax**<br>**return** |
| **Joseph C. Kempe PA**<br>**941 N Highway A1A**<br>**Jupiter, FL 33477** | **tax returns** |

None
■　　b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■　　c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■　　d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

---

**20. Inventories**

None
☐　　a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| 6/30/2011 | | **WPB - $166,564.19**<br>**Jupiter $83,129.02** |
| 5/31/11 | | **WPB  $181,378.71**<br>**Jupiter $89,459.07** |

None
☐　　b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 6/30/2011 | **J Leffler and Steve Bottori**<br>**715  25 St**<br>**West Palm Beach, FL 33407** |
| 5/31/11 | **J. Leffler & Steve Bottari**<br>**715 25th ST**<br>**West Palm Beach, FL 33407** |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                              NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
     controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Edward R. McKenna, Jr<br>111 Casa Grande Court<br>Palm Beach Gardens, FL 33418 | director/shareholder | 13.46% ownership interest    42,000 shares |
| Martha L. McKenna<br>111 Casa Grande Ct<br>Palm Beach Gardens, FL 33418 | Director/Shareholder | 32.05% ownership interest - 100,000 shares |
| Jere B. Leffler<br>52 Dorchester Cir<br>Palm Beach Gardens, FL 33418 | President/Director/Shareholder | 2.56% ownership interest    8,000 shares and ESOP participation |
| Elizabeth M Leffler<br>52 Dorchester Cir<br>Palm Beach Gardens, FL 33418 | shareholder | 2.56% ownership interest    8,000 shares |
| First Bankers Trust Services<br>Trustee for Lainhart & Potter Employee Stock<br>Owner<br>PO Box 4005<br>Quincy, IL 62305 | shareholder | 49.36% ownership interest.  154,000 portion of shares allocated to ESOP participant accounts (55,765.0539 - allocated) 98,234.9461 - unallocated) |
| Steven A. Bottari<br>15314 79th Dr North<br>Palm Beach Gardens, FL 33418 | V President/Secretary | ESOP participation |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
     commencement of this case.

NAME                                    ADDRESS                                   DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
     immediately preceding the commencement of this case.

NAME AND ADDRESS                              TITLE                                 DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation
     in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the
     commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Jere B. Leffler<br><br>President/Shareholder | Salary: (2010)$82,861.38; (2011) $41,982.18 - Medicial Benefits included in salary; 401(k) match (2010) $248.58; (2011) $125.95; Mileage Reimbursement (2010) $732.50, (2011) $382.83 | $126,333.40 |

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **First Bankers Trust Services Trustee for Lainhart & Potter ESOP**<br>   **Trustee of ESOP and 401(k) Plan** | **Contributions (2010) $114,000; (2011) $31,000; Fees (2010); $13,500; (2011) $6,000  Contributions are credited to the ESOP.  Funds used to repay the note to the Company and release shares to the allocated plan participants.** | **$164,500** |
| **Steven A. Bottari**<br><br>   **Vice President, Secretary,** | **Salary (2010) $71,400; (2011) $36,000; Medical Benefits (2010) $11,551.36; (2011) $7,074.21;  Mileage Reimbursement (2010) $1344.19; (2011) $778.48** | **$128,148.24** |

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
☐

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND
**Lainhart and Potter, Inc. 401(k) Plan**

TAXPAYER IDENTIFICATION NUMBER (EIN)

**First Bankers Trust Services, Inc.
PO Box 4005 Quincy, IL 62305**

**Crowe Horwath LLC, Robert W. Duncan,
10 W Broad St #1700
Columbus OH 43215**

**Investment Advisor:
Alerus Retirement Solutions**

**Employee Stock Ownership Trust for Employees of Lainhart & Potter (ESOP)**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   <u>**August 15, 2011**</u>        Signature    <u>**/s/ Jere B. Leffler**</u>
                                                  **Jere B. Leffler
                                                  President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court

### Southern District of Florida

In re    **Lainhart and Potter, Inc.**

,

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edward R. McKenna Jr<br>111 Casa Grande Ct<br>Palm Beach Gardens, FL 33418** | | **42,000** | **common** |
| **Elizabeth M. Leffler<br>52 Dorchester Cir<br>Palm Beach Gardens, FL 33418** | | **8,000** | **common** |
| **First Bankers Trust Services<br>as Trustee for Lainhart & Potter<br>Employee Stock Ownership Plan<br>PO Box 4005<br>Quincy, IL 62305** | | **154,000** | |
| **Jere B. Leffler<br>52 Dorchester Cir<br>Palm Beach Gardens, FL 33418** | | **8,000** | **common** |
| **Martha L McKenna<br>111 Casa Grande Ct<br>Palm Beach Gardens, FL 33418** | | **100,000** | **common** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 15, 2011** _____

Signature  **/s/ Jere B. Leffler** _____

**Jere B. Leffler<br>President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** _____ continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of Florida

In re    __Lainhart and Potter, Inc.__                         Case No. _____

                                        Debtor(s)           Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __August 15, 2011__ _____        __/s/ Jere B. Leffler__ _____

                                               __Jere B. Leffler__/President
                                               Signer/Title

Adam Kay, S
1093 Woodfield Rd
West Palm Beach, FL 33415


ADP TotalSource
10200 Sunset Dr
Miami, FL 33173-0623


Aljoma Lumber Inc
c/o Universal Forest Pro
10300 NW 121 Way
Miami, FL 33178


Ardaman & Associates
2200 N Florida Mango Rd #101
West Palm Beach, FL 33409


Ardaman & Associates Inc
2200 N Florida Mango Rd #101
West Palm Beach, FL 33409


Baytree Leasing Company
100 Tri-State International
#240
Lincolnshire, IL 60069


Baytree Leasing Company Inc
100 Tri-State International
#240
Lincolnshire, IL 60069


Bluelinx
PO Box 677597
Dallas, TX 75267-7597


Boise Cascade Bldg Materials
PO Box 741597
Atlanta, GA 30384-1597


Carol H. Berning
16221 131st Terr
Jupiter, FL 33478-6534

Carolyn Wendy Melber
15185 Tangelo Blvd
West Palm Beach, FL 33412


Carrie V Dobrodziej
568 Calamint Point
West Palm Beach, FL 33411


CIT Technology Finance Service
PO Box 550599
Jacksonville, FL 32255-0599


David P. Garrity
305 Northlake Dr
North Palm Beach, FL 33408


David S. Rayl
800 S Broadway
Boynton Beach, FL 33436


Dept. of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668


Dixie Plywood Co of Ft Lauderdale
PO Box 9847
Fort Lauderdale, FL 33310-9847


E. Ridge McKenna
111 Casa Grande Ct
Palm Beach Gardens, FL 33418


Edward G. Rowand
1592 NE 25 Terr
Jensen Beach, FL 34957


Edward R. McKenna Jr
111 Casa Grande Ct
Palm Beach Gardens, FL 33418


Elizabeth M. Leffler
52 Dorchester Cir
Palm Beach Gardens, FL 33418

Employee Stock Ownership Trust
c/o First Bankers Trust Services
PO Box 4005
Quincy, IL 62305


ENAP Inc
555 Hudson Valley Avenue
New Windsor, NY 12553


ENAP, Inc
555 Hudson Valley Ave #200
New Windsor, NY 12553


ENAP, Inc.
555 Hudson Valley Avenue
New Windsor, NY 12553


First American Bank
1650 Louis Avenue
Elk Grove Village, IL 60007


First American Bank
c/o John W. Keller, III, Esq
121 Majorca Ave #200
Miami, FL 33134


First Bankers Trust Services
as Trustee for Lainhart & Potter
Employee Stock Ownership Plan
PO Box 4005
Quincy, IL 62305


Fred E Walker
1513 Palm Beach Lakes Blvd
West Palm Beach, FL 33401


Great American Leasing Corp
PO Box 660831
Dallas, TX 75266-0831


GreatAmerica Leasing Corp
PO Box 660831
Dallas, TX 75266-0831

GreatAmerica Leasing Corp
PO Box 660831
Dallas, TX 75266-0831


Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346


Jere B. Leffler
52 Dorchester Cir
Palm Beach Gardens, FL 33418-7181


Jere Leffler
52 Dorchester Cir
Palm Beach Gardens, FL 33418


Joseph C. Kempe, P.A.
941 N Highway A1A
Jupiter, FL 33477


Keith E. Turner
3523 SE Hyde Cir
Port Saint Lucie, FL 34984


Martha L McKenna
111 Casa Grande Ct
Palm Beach Gardens, FL 33418


Martha L. McKenna
111 Casa Grande Court
Palm Beach Gardens, FL 33418


McArthur Gibson, Jr.
419 Huron Pl
West Palm Beach, FL 33409-3837


McKenna Realty Trust
111 Casa Grande Court
Palm Beach Gardens, FL 33418


Orgill
3742 Tyndle Dr
Memphis, TN 38125

Palm Beach County Tax Collector
P.O. Box 3715
West Palm Beach, FL 33402-3715


Parksite Inc - Fla
33708 Treasury Center
Chicago, IL 60694-3700


Paul A. Fitzgerald
22223 SE 33 St #A
Okeechobee, FL 34974


Paul D. Bailey
15297 80th Dr N
Palm Beach Gardens, FL 33418


Paul F. Garcia
603 E Whitney Dr
Jupiter, FL 33458


Pintey Bowes Global Financial
PO Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Global Finance
PO Box 371887
Pittsburgh, PA 15250-7887


Praire Capital Advisors, Inc.
One Tower Lane #3010
Oakbrook Terrace, IL 60181


Quikrete Companies
PO Box 930134
Atlanta, GA 31193-0134


Reichel Realty & Investments
8845 N Military Tr #100
Palm Beach Gardens, FL 33410


Stanley H. Means
19881 Gardenia Dr
Jupiter, FL 33469-2183

Starborn
45 Mayfield Ave
Edison, NJ 08837-3820


Steven A. Bottari
15314 78th Dr N
Palm Beach Gardens, FL 33418


Steven R. McBroom
9186 SE Mercury St
Hobe Sound, FL 33455


Taylor C Renney
1672 Woodland Ave
West Palm Beach, FL 33415


Teresa G Carlisle
1449 Shannondale Rd #B
West Palm Beach, FL 33406


Terrance L. Admore
1909 N Haverhill Rd #7
West Palm Beach, FL 33417


Top Notch Dist Inc
PO Box 189
Honesdale, PA 18431-0189


United Way of Palm Beach Co
2600 Quantum Blvd
Boynton Beach, FL 33426-8627


Universal Bldg Specialist
PO Box 1722
Lakeland, FL 33802


Weekes Logan Building Products
PO Box 535031
Atlanta, GA 30353-5031


Weyerhaeuser NR Co
PO Box 406341
Atlanta, GA 30384-6341